# ATTACHMENT 2

Gerald E. Sabloski
202 Farmingdale Road
Camillus, New York 13031
315-672-5523

August 1, 2024

John O'Brien, Investigator
Office of the Federal Public Defender, N. D. N. Y.
4 Clinton Square
Syracuse, New York 13202

Re:   Polygraph Examination – Contract #24-FPD-NYN-40

At the request of the Office of the Federal Public Defender for the Northern District of New York a polygraph examination was conducted on August 1, 2024 at Broome County Corrections Facility in Binghamton, New York.  The polygraph examination was voluntarily taken by Mr. James Patrick Dempsey.

The case facts were provided by Investigator John O'Brien.

Before the pre- test interview Mr. Dempsey signed a copy of a Polygraph Waiver Form, stating he was taking the polygraph of his own free will.

In the polygraph recordings there were definite indications of truthfulness when Mr. Dempsey was asked the following pertinent questions:

1. Did you personally steal property from Barbel Gansau's apartment?
   Answer: No

2. Do you know for sure who killed Barbel Gansau?
   Answer: No

3. Did you stab Barbel Gansau?
   Answer: No

4. Did you kill Barbel Gansau?
   Answer: No

It is the opinion of the polygraphist, based upon Mr. Dempsey's polygraph examination that Mr. Dempsey was telling the truth when he answered to the above listed pertinent test questions.

Respectfully Submitted,

*[signature]*

Gerald Sabloski
Certified Polygraphist