# ATTACHMENT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AFFIDAVIT** |
| -v- | CASE NO. 5:24-mj-00081-ML |
| JAMES P. DEMPSEY, | |
| Defendant. | |

(State of Maine)
County of Somerset)

I, Honore Gene Dube, being duly sworn, depose and say that:

1. I'm 70 years old. I live in Anson, Maine.

2. I knew James Dempsey when we were both in the U.S. Army's 34th Signal Battalion stationed in Ludwigsburg, Germany, in 1978.

3. I was assigned as a sergeant in the generator section of the motor pool.

4. I slept in the housing unit, not far from the barracks on the Army post where Dempsey and other soldiers slept.

5. Dempsey and another soldier occasionally babysat my oldest son while were stationed in Germany, and I never had a problem with them.

6. I saw Dempsey on a daily basis in the two years we were stationed together.

7. Dempsey never came back to the barracks with any blood on him or his clothing in all the time I knew him. He also never came back disheveled in any way.

8. I never heard about Dempsey having blood on him.

9. Dempsey did appear to have a drinking problem, but I never saw him display a temper or do anything violent.

1

I declare under penalty of perjury that the foregoing is true and correct.

March 22, 2024

_____
Honore Gene Dube