# ATTACHMENT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          **AFFIDAVIT**

-v-                                 CASE NO. 5:24-mj-00081-ML
JAMES P. DEMPSEY,
              Defendant.

(State of Maryland)
County of Washington)

I, Gerald Lee Stevens, being duly sworn, depose and say that:

1. I'm 65 years old. I live in Williamsport, Maryland.

2. I served in the U.S. Army's Headquarters and Headquarters Company, 34th Signal Battalion, stationed in Ludwigsburg, Germany, from May 1977 to July 1979.

3. I was assigned as a Legal Clerk in the Office of Courts and Boards. The job was akin to a civilian paralegal.

4. Part of my duties included reviewing and processing all reports related to line of duty investigations, criminal investigations, administrative letters of reprimand, administrative discharges, non-judicial punishments, and courts-martial. As such, I should have seen any reports of someone returning to our Army post with blood on their clothing and/or on their person.

5. If someone had arrived at the post in bloody clothing, the security officers at the gate would likely have written a report on it.

6. I do not recall ever reviewing any such reports in my two years in Germany.

I declare under penalty of perjury that the foregoing is true and correct.

April 1, 2024

*/s/ Gerald Lee Stevens*
Gerald Lee Stevens

1