# ATTACHMENT 11

**Dienstag, 13. Juni 1978 · Nummer 133 · Seite 3**

# Junge Frau lag schon mehrere Tage ermordet in der Wohnung

## Am Sonntag entdeckten die mißtrauischen Nachbarn die Leiche

–sim– Seit Tagen schon war es in der Wohnung in der Walter-Pintus-Straße im Ludwigsburger Schlößlesfeld ungewöhnlich still. Das beunruhigte die Nachbarn, die sonst die 36jährige Bewohnerin sahen, wenn sie von der Arbeit nach Hause kam. Am Sonntag endlich faßten sie den Entschluß, der Sache auf den Grund zu gehen. Durch ein geöffnetes Fenster stiegen sie in die Wohnung ein. Was sie sahen, war entsetzlich: Die junge Frau lag ermordet in ihrer Wohnung.

Sofort alarmierten die Nachbarn die Kriminalpolizei in Ludwigsburg, die die Ermittlungen an die Landespolizeidirektion weitergab, weil sie im Moment kein Personal hat. Die ersten Ermittlungen zeigten, daß die junge Frau schon mehrere Tage tot in der Wohnung gelegen haben muß. Mehrere Stichverletzungen waren festzustellen, ob diese jedoch zum Tod geführt haben, müssen die Untersuchungen ergeben.

Wie die Nachbarn zu berichten wissen, hat die junge Frau häufig wechselnde Männerbekanntschaften gehabt. Meistens waren amerikanische Soldaten in die Wohnung gekommen, wobei die Nachbarn aber das Wort Prostitution nicht genannt wissen möchten. „Sie brauchte eben Männer, das war ihre Veranlagung", sagte eine Nachbarin. Deshalb wird es auch für die Kriminalpolizei sehr schwer sein, den Täter zu ermitteln. Die Untersuchungen laufen. Die Kriminalpolizei ist dabei auch wesentlich auf die Mithilfe der Bevölkerung angewiesen, die um Hinweise gebeten wird, besonders auf Personenbeschreibungen der Männer, die zuletzt mit der jungen Frau gesehen worden sind.



# Junge Frau lag schon mehrere Tage ermordet in der Wohnung

## Am Sonntag entdeckten dle mißtrauischen Nachbarn die Leiche

Seit Tagen schon war es in der Wohnung in der Walter-Pintus-Straße im Ludwigsburger Schlößlesfeld ungewöhnlich still. Das beunruhigte die Nachbarn, die sonst die 36jährige Bewohnerin sahen, wenn sie von der Arbeit nach Hause kam. Am Sonntag endlich faßten sie den Entschluß, der Sache auf den Grund zu gehen. Durch ein geöffnetes Fenster stiegen sie in die Wohnung ein. Was sie sahen, war entsetzlich: Die junge Frau lag ermordet in ihrer Wohnung.

Sofort alarmierten die Nachbarn die Kriminalpolizei in Ludwigsburg, die die Ermittlungen an die Landespolizeidirektion

weitergab, weil sie im Moment kein Personal hat. Die ersten  Ermittlungen zeigten, daß die junge  Frau schon mehrere Tage tot in der  Wohnung gelegen haben muß. Mehrere Stichverletzungen waren festzustellen, ob diese jedoch zum Tod geführt  haben, müssen die Untersuchungen  ergeben.  Wie die Nachbarn zu berichten wissen, hat die junge Frau häufig wechselnde Männerbekanntschaften gehabt. Meistens waren amerikanische

Soldaten in die Wohnung gekommen wobei die Nachbarn aber das Wort Prostitution nicht genannt wissen möchten. „Sie brauchte eben Männer  das war ihre Veranlagung", sagte eine Nachbarin. Deshalb wird es auch für  die Kriminalpolizei sehr schwer sein,  den Täter zu ermitteln. Die Untersuchungen laufen. Die Kriminalpolizei  ist dabei auch

wesentlich auf die Mithilfe der Bevölkerung angewiesen, die  um Hinweise gebeten wird, besonders  auf Personenbeschreibungen  der  Männer, die zuletzt mit der jungen  Frau gesehen worden sind.

Translation:
Young woman had been lying murdered in her apartment for several days

On Sunday, suspicious neighbors discovered the body

For days, the apartment on Walter-Pintus-Straße in Ludwigsburg's Schlößlesfeld had been unusually quiet. This worried the neighbors, who usually saw the 36-year-old resident when she came home from work. On Sunday, they finally decided to get to the bottom of the matter. They entered the

apartment through an open window. What they saw was horrific: the young woman had been lying murdered in her apartment.

The neighbors immediately alerted the criminal investigation department in Ludwigsburg, who passed the investigation on to the state police headquarters because they had no staff at the moment. Initial investigations showed that the young woman must have been lying dead in the apartment for several days. Several stab wounds were found, but whether these led to death must be determined by the investigation. According to the neighbors, the young woman had a variety of male acquaintances. American soldiers usually came to the apartment, but the neighbors did not want the word prostitution to be mentioned. "She just needed men, that

was her nature," said a neighbor. That is why it will be very difficult for the criminal police to identify the perpetrator. The investigation is ongoing. The criminal police are also relying heavily on the help of the public, who are being asked for information, especially descriptions of the men who were last seen with the young woman.

Case 5:24-mj-00081-ML    Document 42-11    Filed 08/08/24    Page 8 of 16

## ...sklimas ...es Ziel

...sphäre betreut

13.45 Uhr und 15 Uhr Hausauf-
...macht oder der Schulstoff noch
...durchgenommen. Nachmittags
...ann die verschiedensten Mög-
... zur Freizeitgestaltung aus-
...ausgeschöpft werden. So reicht
...bot von einem wöchentlichen
... Stadionbad über ein Legasthe-
...ning bis zum Reiten, das Schäf-
... wichtigsten therapeutischen
...tamet, da hier die Kinder sowohl
... zur regelmäßigen Pflege des
...trauten Tiere als auch emotio-
...bauen lernen können.

... können die größeren Kin-
...nem Verein anschließen oder
... Stadtbummel unternehmen.
... Abendessen – das übrigens wie
...ck in jedem Haus selbst zube-
...wobei die Kinder reihum die
...bei einkaufen – gibt es in jedem
... Interessen eine unterschied-
... das Abendprogramms. ...
...die Feste kommen nicht zu
...und ist schnell gefunden, sei
...tstag oder ein Abschied. „Wir
...Kindern alle Möglichkeiten
...sie sich wie zu Hause füh-
...Schäfter.

...e auch in Notfällen

... nur für ständige Bewohner
...erheim Zufluchtsort. In Not-
... auch in Absprache mit Po-
...gendamt Kinder aufgenom-
...weder mißhandelt worden
... in der Familie in akuter
... auftritt und sich niemand
... kümmern kann oder aber
... ein Kind aufgegriffen hat.
...Fälle haben wir in jedem
...tezimmer, denn wir verste-
...Einrichtung der Jugendhilfe
...Sinne." Nach der Entlas-
...schule sind die meisten Kin-
...zu ihren Eltern zurückge-
... bei Pflegefamilien unter-
...Ausnahmefällen kann aber
...ning noch im Heim bleiben.
...auerte, daß viele Mitbürger
...gten Kindern kein Mitleid
...anches Kind in seiner Not
...werde, machten sich viele
...ar nicht klar.

---

# Die Polizei sucht den Mörder auch mit Hilfe von Plakaten

### Bevölkerung soll Fragen beantworten – Die Männer wechselten

-sim- Die Ermittlungen nach dem Mörder der 35 Jahre alten ledigen Arbeite-
rin Bärbel Gansau aus der Walter-Pintus-Straße in Ludwigsburg gestalten
sich sehr schwierig, bestätigte das Mitglied der Mordkommission, Seidel,
gestern morgen auf Anfrage. Die junge Frau, war, wie schon gestern berich-
tet, am Sonntag tot in ihrem Ein-Zimmer-Appartement aufgefunden worden.
Mißtrauische Nachbarn waren in die kleine Wohnung eingestiegen und hat-
ten die durch Stichverletzungen getötete 35jährige Frau gefunden.

Den ersten Feststellungen des Ge-
richtsmediziners, Professor Dr.
Rauschke, Leiter des Gerichtsmedizi-
nischen Instituts beim Gesundheits-
amt der Stadt Stuttgart nach, wurde
die Frau durch die Stiche getötet. Das
letzte Lebenszeichen von Frau
Gansau stammt nach den bisherigen



Ermittlungen vom Donnerstag, dem
8. Juni. Die Kriminalpolizei fragt jetzt
die Bevölkerung, ob sie Frau Gansau,
die unser Bild zeigt, noch nach diesem
Donnerstag lebend gesehen hat.

Die Ermordete soll häufig wech-
selnde Männerbekanntschaften mit
Deutschen, vorwiegend aber auch mit
weißen und farbigen amerikanischen
Soldaten gehabt haben. Deshalb sind
die Nachforschungen bis jetzt auch so
schwierig. Die Kriminalpolizei hat
Plakate drucken lassen, die besonders
in den amerikanischen Kasernen aus-
gehängt wurden, um so Hinweise zu
erhalten. Die Staatsanwaltschaft in
Stuttgart hat für Hinweise, die zur
Aufklärung des Verbrechens führen,
eine Belohnung von 2000 Mark ausge-
setzt.

Vier Fragen hat die Kriminalpolizei
an die Bevölkerung:

1. Wer hat Frau Gansau in der vergan-
genen Woche gesehen?
2. Wer kann Angaben über die Le-
bensgewohnheiten, Bekanntschaf-
ten und Aufenthaltsorte, so zum
Beispiel Gaststätten, von Frau
Gansau machen?
3. Mit großer Wahrscheinlichkeit hat
sich der Täter mit Blut verschmiert.
Wo sind blutverschmierte Kleider
und Wäschestücke aufgefallen und
wo wurden solche Gegenstände in
einer Reinigung oder Wäscherei
abgegeben?
4. Die Tatwaffe, wahrscheinlich ein
Messer, konnte bis jetzt nicht aufge-
funden werden. Wo wurde in den
letzten Tagen ein blutverschmiertes
Messer oder Stichwerkzeug
gesehen?

Hinweise – auch vertraulich –
nimmt jede Polizeidienststelle, insbe-
sondere die Mordkommission der
Landespolizeidirektion Stuttgart I,
entgegen. Die Mordkommission hat
eine Sondergruppe gebildet, die über
die Polizeidirektion – Kriminalpolizei
– Ludwigsburg, Eberhardstraße 1, Te-
lefon (0 71 41) 141-417 oder 14 11 zu
erreichen ist.

---

# Reise in die Vergangenheit zu den Waldensern

## ...orische Verein Ludwigsburg informierte sich „vor Ort" – Museum in Schönenberg besucht

...ruktive Vortrag über die „Waldenser in Württemberg", den Dr.
... Lorch, einer der versierten Waldenserkenner beim W...

...teshäusern wurden alte Urkunden und

Ermittlungen slnd sehr schwlerig:

Die Polizei sucht den Mörder auch mit Hilfe von Plakaten

Bevölkerung soll Fragen beantworten - DIe Männer wechselten

Die Ermittlungen nach dem Mörder der 35 Jahre alten ledigen Arbeite- rin Bärbel Gansau aus der Walter-Pintus-Straße in Ludwigsburg gestalten sich sehr schwierig, bestätigte das Mitglied der Mordkommission, Seidel gestern morgen auf Anfrage. Die junge Frau, war, wie schon gestern berich- tet, am Sonntag tot in ihrem Ein-Zimmer-Appartement aufgefunden worden Mißtrauische Nachbarn waren in die kleine Wohnung eingestiegen und hat- ten die durch Stichverletzungen getötete 35jährige Frau

gefunden.

Den ersten Feststellungen des Gerichtsmediziners, Professor Dr Rauschke, Leiter des Gerichtsmedizi- nischen Instituts beim Gesundheits amt der Stadt Stuttgart nach, wurde die Frau durch die Stiche getötet. Das letzte Lebenszeichen von Frau Gansau stammt nach den bisherigen Ermittlungen vom Donnerstag, dem 8. Juni. Die Kriminalpolizei fragt jetzt die Bevölkerung, ob sie Frau Gansau die unser Bild zeigt, noch nach diesem Donnerstag lebend gesehen hat Die Ermordete soll häufig wech- selnde Männerbekanntschaften mit Deutschen, vorwiegend aber auch mit weißen und farbigen amerikanischen Soldaten gehabt haben. Deshalb sind die Nachforschungen bis jetzt auch so schwierig. Die Kriminalpolizei hat Plakate drucken lassen,

die besonders in den amerikanischen Kasernen aus- gehängt wurden, um so Hinweise zu erhalten. Die Staatsanwaltschaft in Stuttgart hat für Hinweise, die zur Aufklärung des Verbrechens führen, eine Belohnung von 2000 Mark ausge- setzt. Vier Fragen hat die Kriminalpolizei an die Bevölkerung:

1. Wer hat Frau.Gansau in der vergan- genen Woche gesehen?

2. Wer kann Angaben über die Lebensgewohnheiten, Bekanntschaften und Aufenthaltsorte, so zum Beispiel Gaststätten, on Frau Gansau machen?

3. Mit großer Wahrscheinlichkeit hat sich der Tater mit Blut verschmiert Wo sind blutverschmierte Kleider und Wäschestücke aufgefallen und wo wurden solche Gegenstände in einer Reinigung oder Wascherei abgegeben?

4. Die Tatwaffe, wahrscheinlich ein Messer,

konnte bis jetzt nicht aufgefunden werden. Wo wurde' in den letzten Tagen ein blutverschmiertes Messer oder, Stichwerkzeug gesehen?

Hinweise - auch vertraulich nimmt jede Polizeidienststelle, insbesondere die Mordkommission der Landespolizeidirektion Stuttgart I entgegen. Die Mordkommission hat eine Sondergruppe gebildet, die über die Polizeidirektion - Kriminalpolizei Ludwigsburg, Eberhardstraße 1, Te- lefon (0 71 41) 141-417 oder 14 11 zu erreichen ist.

Translation:

Investigations are very difficult:

The police are also looking for the murderer with the help of posters

# The public should answer questions - the men changed

The investigations into the murderer of the 35-year-old single worker Bärbel Gansau from Walter-Pintus-Straße in Ludwigsburg are proving very difficult, confirmed the member of the homicide squad, Seidel, yesterday morning when asked. As reported yesterday, the young woman was found dead in her one-room apartment on Sunday. Suspicious neighbors had entered the small apartment and found the 35-year-old woman killed by stab wounds.

According to the initial findings of the forensic pathologist, Professor Dr. Rauschke, head of the Institute of Forensic Medicine at the Health Department of the City of Stuttgart, the woman was killed by

the stab wounds. According to the investigations so far, the last sign of life from Mrs. Gansau was on Thursday, June 8th.  The criminal police are now asking the public whether they saw Mrs. Gansau, who is shown in our picture, alive after that Thursday. The murdered woman is said to have had frequent male acquaintances with Germans, but also mainly with white and colored American soldiers. This is why the investigations have been so difficult so far. The criminal police have had posters printed, which have been put up in the American barracks in particular, in order to obtain information. The public prosecutor's office in Stuttgart has offered a reward of 2000 marks for information that leads to the solution of the crime. The criminal police have four questions for the public:

1. Who has seen Mrs. Gansau in the past

week?

2. Who can provide information about Mrs. Gansau's habits, acquaintances and whereabouts, such as restaurants?

3. It is very likely that the perpetrator covered himself in blood. Where have blood-stained clothes and items of laundry been noticed and where have such items been handed in to a dry cleaner or laundry shop?

4. The murder weapon, probably a knife, has not yet been found. Where has a blood-stained knife or stabbing tool been seen in the last few days?

Any police station, particularly the homicide squad of the Stuttgart I regional police department, will accept tips - even confidential ones. The homicide squad has formed a special group that can be contacted via the police department - criminal investigation department

Ludwigsburg, Eberhardstrasse 1, telephone (0 71 41) 141-417 or 14 11.