UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA VS. JAMES PATRICK DEMPSEY

### AMENDED EXHIBIT LIST

CASE NO.   5:24-MJ-0081

DATE:   October 7, 2024

PRESIDING JUDGE:   Hon. Miroslav Lovric

(   ) PLAINTIFF      ( X ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| D 1 | | | | DNA report by Cynthia Cale |
| D 2 | | | | Dempsey polygraph results |
| D 3 | | | | Affidavit from Honore Dube |
| D 4 | | | | Affidavit from Gerald Stevens |
| D 5 | | | | Video interview of Gerald Davis |
| D 6 | | | | Letter from Debbie Otis |
| D 7 | | | | Video interview of Linda Yaletchko |
| D 8 | | | | Video interview of Nelson Allan |
| D 9 | | | | Video interview of Sharon Dempsey |
| D 10 | | | | Investigative Report by Lars R. Kuhne |
| D 11 | | | | Two German newspaper articles from June 13 and 14, 1978 |
| D 12 | | | | Email from Janet Diperna |

| | | | | | |
|---|---|---|---|---|---|
| D 13 | | | | | Paul Strycker interview excerpts pgs. 443-447 |
| D 14 | | | | | Translation of German reports pgs. 678-680 |
| D 15 | | | | | Josef Kwiecinski transcript pgs. 226-238 |
| D 16 | | | | | Translation of German reports pgs. 501-503 |
| D 17 | | | | | Translation of German reports pgs. 675-677 |
| D 18 | | | | | 1978 list of targets |
| D 19 | | | | | Ludwigsburg Police Headquarters Summary dated 3/5/2021 pgs. 859-880 |
| D 20 | | | | | Interrogation of Farwlek Ewald pgs. 142-154 |
| D 21 | | | | | Lothar Mendel interview pg. 318 |
| D 22 | | | | | Translation of interview of Travis Taylor 6/15/1978 pgs. 456-460 |
| D 23 | | | | | Transcription of Irene Burright interview pgs. 73-81 |
| D 24 | | | | | Renate Wimmer interview pgs. 19-37 |
| D 25 | | | | | Translated police report of interview of Heinz-Peter Trankle pgs. 471-487 |
| D 26 | | | | | Bate stamped pg. 27 of the German Extradition Packet |
| D 27 | | | | | Investigative notes dated 10/5/2021 pgs. 998-1004 |
| D 28 | | | | | Interview of Heinz-Peter Trankle dated 6/12/2019 |
| D 29 | | | | | Summary report dated November 1978 |
| D 30 | | | | | Summary report dated 2022 |
| D 31 | | | | | Photocopy of German News Story and Translation |
| D 32 | | | | | Military Records of James Patrick Dempsey |
| D 33 | | | | | Article from the New Yorker "Piecing Together the Secrets of the Stasi" |
| D 34 | | | | | Video interview of Cindi LaSalle |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| D 35 | | | | | Translation captions with photos of panties, pages 975-982 |
| D 36 | | | | | Translated caption page 1199 with photo of panties |
| D 37 | | | | | Translated caption page 892 with photos of fingernails |

EXHIBITS RETURNED TO COUNSEL (DATE): _____    SIGNATURE: _____